# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Fouzia Almarou, | | CASE NUMBER: |
|---|---|---|
| | Plaintiff(s) | CV18-04908-CJC (ASx) |
| v. | | |
| City of Gardena, et al | | MOTION RE: INFORMAL DISCOVERY DISPUTE |
| | Defendant(s) | |

The parties have requested an informal discovery conference with Magistrate Judge Alka Sagar. Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

A Telephone Conference is placed on calendar for **Wednesday, December 9, 2020 at 10:00 a.m.** The call-in number and password will be e-mailed to the parties.

Dated: December 1, 2020　　　　　　　　　　By: Alma Felix
　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk