# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | CV 18-04908-CJC (ASx) | Date | December 9, 2020 |
|---|---|---|---|
| Title | *Fouzia Almarou v. City of Gardena, et. al.,* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|
| Alma Felix | AT&T 12/09/2020 |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| **Haytham Faraj** | **Angela Powell** |
| | **Laraya M. Purcell** |

**Proceedings (In Chambers):**   **Order Regarding Informal Discovery Conference (Dkt. No, 103)**

Pursuant to the parties' request for an informal discovery conference, a telephonic hearing was held on December 9, 2020, to address the parties' dispute regarding Plaintiff's motion to compel Defendants to produce the employment file, including any records of complaints made or disciplinary action against Defendant Sgt. Robbins. The Court, having reviewed the parties' submissions and the arguments presented at the hearing, issued the following ruling:

Plaintiff is entitled to the production of records in Defendant Robbins' employment file that pertain to complaints (whether or not substantiated) relating to use of excessive force (including, but not limited to, the use of deadly force), bias, or truth and veracity, for at least the five year period preceding the date of the April 11, 2018 police involved shooting death that is the subject of this action. During the hearing, Defense counsel asserted that the Gardena Police Department's employment file for Defendant Robbins encompasses only the period since his re-employment in 2016, and a review of the employment file reveals no records of complaints, whether substantiated or unsubstantiated. Accordingly, Defendant is ordered to produce, no later than two weeks from the date of this Order, a sworn declaration from an individual with knowledge of the employment file of Defendant Robbins attesting to these facts. The Court orders the parties to meet and confer regarding Plaintiff's request for records pertaining to any firearms training provided to Defendant Robbins, including marksmanship training and the use of long range rifles, to the extent responsive records have not already been produced.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | CV 18-04908-CJC (ASx) | Date | December 9, 2020 |
|---|---|---|---|
| Title | *Fouzia Almarou v. City of Gardena, et. al.,* | | |

    The parties are encouraged to avail themselves of the Court's informal discovery dispute resolution process to resolve any remaining discovery issues. (<u>See</u> Judge Sagar's Procedures).

IT IS SO ORDERED.

cc: Cormac J. Carney
United States District Judge

                                                                  0 : 25
                                  Initials of Preparer  AF