Eugene P. Ramirez, Esq. (State Bar No. 134865)
 *epr@manningllp.com*
Angela M. Powell, Esq. (State Bar No. 191876)
 *amp@manningllp.com*
Tori L.N. Bakken, Esq. (State Bar No. 329069)
 *txb@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendant, SERGEANT MICHAEL ROBBINS

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FOUZIA ALMAROU, an Individual, ,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF GARDENA, a Municipal Entity, SERGEANT MICHAEL ROBBINS; and DOES 1-10, Inclusive,<br><br>Defendants.<br><br><br>K.L.R. by and through his Guardian Ad Litem Jaymisha Jones; and KENNETH ROSS SR., Individual and as the Administrator of the ESTATE OF KENNETH ROSS, JR.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF GARDENA, and DOES 1-10, Inclusive,<br><br>Defendant. | Case No. 2:18-CV-04908-CJC-ASx<br><br>consolidated with 2:18-CV-08614-CJC-FFM<br><br>*[Assigned to the Hon.* Cormac J. Carney, Courtroom 9B; *Magistrate Hon. Alka Sagar]*<br><br>**NOTICE OF SETTLEMENT** |

4832-1456-7416.1

TO THE HONORABLE COURT AND TO ALL PARTIES AND COUNSEL:

PLEASE TAKE NOTICE in accordance with L.R. 16-15.7 and L.R. 40-2 that the parties have reached a conditional settlement of this entire case for a specified amount.

This settlement is by and between plaintiffs K.L.R., KENNETH ROSS SR., FOUZIA ALMAROU and the CITY OF GARDENA, on behalf of its employee defendant MICHAEL ROBBINS (collectively "the Parties"), by and through their attorneys of record.

The settlement with plaintiff K.L.R. is subject to Court approval. The settlement with plaintiffs K.L.R., KENNETH ROSS, SR and FOUZIA ALMAROU is subject to approval by the City of Gardena City Council. Upon Court approval as to plaintiff K.L.R. and approval by the City of Gardena City Council as to all plaintiffs and finalization of the settlement, the entire case shall be dismissed with prejudice. The parties intend to file a Stipulation of Dismissal of the Complaint, and all remaining claims/causes of action contained therein against any and all defendant(s), with prejudice pursuant to the settlement of this matter.

The parties request that all dates, deadlines, and hearings being vacated and that all proceedings be stayed.

Respectfully submitted,

DATED: September 1, 2021

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By:     /s/ Angela M. Powell
    Angela M. Powell
    Tori L.N. Bakken
    Attorneys for Defendant, SERGEANT MICHAEL ROBBINS

| | |
|---|---|
| DATED: September 1, 2021 | **TRIAL LAWYERS FOR JUSTICE** |
| | By: /s/ Haytham Faraj |
| | Haytham Faraj |
| | Katherine Melik-Stepanyan |
| | Nick Rowley |
| | Attorneys for Plaintiff, FOUZIA ALMAROU |
| DATED: September 1, 2021 | **MARTINIAN AND ASSOCIATES** |
| | By: /s/ Arash Zabetian |
| | Arash Zabetian |
| | Tom Vertanous |
| | Attorneys for Plaintiff, KENNETH ROSS SR. |
| DATED: September 1, 2021 | **DOUGLAS/HICKS LAW, APC** |
| | By: /s/ Jamon R. Hicks |
| | Jamon R. Hicks |
| | Carl E. Douglas |
| | Attorneys for Plaintiff, K.L.R. |

4832-1456-7416.1

3